# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION NO.: |
| v. | 4:25-CV-0003-RSB-CLR |
| SAVANNAH LAND HOLDINGS, LLC, | |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's Order filed on March 10, 2025, the parties hereby report to the Court that they remain engaged in settlement discussions. Such efforts involve the resolution of complex issues and interested third parties. The United States circulated a settlement proposal for Defendant's review on February 26, 2025. Defendant is continuing its review of the proposal and developing a counterproposal.

Dated:  May 9, 2025

| | |
|---|---|
| ADAM R.F. GUSTAFSON<br>Acting Assistant Attorney General | **HOLLAND & KNIGHT LLP**<br><br>*/s/ Laura E. Flint* |
| TARA M. LYONS<br>Acting United States Attorney | Laura E. Flint<br>Georgia Bar No. 635203<br>Martin J. Alexander |
| */s/ Alex J. Hardee (with permission)*<br>Alex J. Hardee<br>North Carolina Bar No. 56321<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, DC 20044<br>(202) 514-2398<br>alex.hardee@usdoj.gov | Florida Bar No. 0346845<br>Pro Hac Admitted<br>Rafe Petersen<br>District of Columbia Bar No. 465542<br>Pro Hac Admitted<br>Regions Plaza, Suite 1800<br>1180 West Peachtree Street<br>Atlanta, Georgia  30309<br>Telephone:  (404) 817-8500<br>E-Mail:  laura.flint@hklaw.com<br>E-Mail: martin.alexander@hklaw.com<br>E-Mail: rafe.petersen@hklaw.com |

<table>
<tr><td>

*/s/ Devon Lehman McCune (with permission)*
Devon Lehman McCune
Colorado Bar No. 33223
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street – South Terrace, Suite 370
Denver, CO 80202
(303) 844-1487
devon.mccune@usdoj.gov

</td><td>

*Counsel for Defendant*
*Savannah Land Holdings, LLC*

</td></tr>
</table>

*/s/ Bradford C. Patrick (with permission)*
Bradford C. Patrick
South Carolina Bar No. 102092
U.S. Attorney's Office
P.O. Box 8970
Savannah, GA 31412
(912) 201-2555
bradford.patrick@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*