**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

SAVANNAH LAND HOLDINGS, LLC,

        Defendant.

CIVIL ACTION NO.:
4:25-CV-0003-RSB-CLR

## JOINT STATUS REPORT

Pursuant to the Court's Order filed on January 8, 2026, the parties were required to file a Joint Status Report no later than March 9, 2026. The parties hereby report to the Court that they remain actively engaged in productive settlement efforts and have made significant progress. The parties have prepared a draft Consent Decree that is now being reviewed for approval by Plaintiff, United States of America.  The parties and the United States Army Corps of Engineers ("USACE") prepared a draft Memorandum of Agreement ("MOA") that was submitted to other governmental stakeholders for review and comment.  The parties and the USACE are now working to address the comments that were provided so that the MOA can be finalized.  The parties are otherwise actively working towards finalizing all documentation that will be required to reach a full resolution of this complex matter.

Dated:  March 9, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

MARGARET E. HEAP
United States Attorney

/s/ Alex J. Hardee (with permission)
Alex J. Hardee

**HOLLAND & KNIGHT LLP**

/s/ Laura E. Flint
Laura E. Flint
Georgia Bar No. 635203
Martin J. Alexander
Florida Bar No. 0346845
Pro Hac Admitted

North Carolina Bar No. 56321
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 305-5105
alex.hardee@usdoj.gov

*/s/ Devon Lehman McCune (with permission)*
Devon Lehman McCune
Colorado Bar No. 33223
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street – N. Terrace, Suite 600
Denver, CO 80202
(303) 358-8981
devon.mccune@usdoj.gov

*/s/ Bradford C. Patrick (with permission)*
Bradford C. Patrick
South Carolina Bar No. 102092
U.S. Attorney's Office
P.O. Box 8970
Savannah, GA 31412
(912) 201-2555
bradford.patrick@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*

Rafe Petersen
District of Columbia Bar No. 465542
Pro Hac Admitted
Regions Plaza, Suite 1800
1180 West Peachtree Street
Atlanta, Georgia  30309
Telephone:  (404) 817-8500
E-Mail:  laura.flint@hklaw.com
E-Mail: martin.alexander@hklaw.com
E-Mail: rafe.petersen@hklaw.com

*Counsel for Defendant*
*Savannah Land Holdings, LLC*

2